IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAPE IBRAHIMA DIAGNE | * |
| Petitioner, | * |
| v. | *    Case No. 2:18-cv-011793-VAR-APP |
| SARAH HAMIDA DEMARTINO | * |
| Respondent. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## INTERIM ORDER FOR CONTACT

The Court held a hearing on Petitioner's Verified Petition for Return of Children on Tuesday, July 24, 2018, continued until July 25, 2018. During the course of the July 25 hearing, the Court found it necessary to enter an Interim Order for Contact, pursuant to the provisional remedies of the International Child Abduction Remedies Act, 22 U.S.C. § 9004. With the express agreement of the parties, the Court orders:

1. Petitioner, Pape Ibrahima Diagne (the "Father") shall have interim contact during the pendency of these proceedings with N.M.D., born in 2012, and I.N.D., born in 2017 (collectively the "minor children") as set forth here;

2. The Father shall have contact with the minor children on Wednesday, July 25, 2018 at the Holiday Inn Express & Suites Detroit Downtown, 1020 Washington Blvd., Detroit, Michigan, 48226, from 1:00 p.m. through 6:00 p.m.;

3. The Father shall have contact with N.M.D. in Canada for two weekends in August 2018 as follows:

1

      i. On August 3, 2018, the Father shall pick up N.M.D. from the Respondent, Sarah DeMartino (the "Mother"), at 12:00 p.m. and shall return N.M.D. to the Mother on August 5, 2018 through 5:00 p.m.;

      ii. On August 17, 2018, the Father shall pick up N.M.D. from the Mother at 12:00 p.m. and shall return N.M.D. to the Mother on August 19, 2018;

4.    The Mother shall surrender N.M.D.'s Canadian passport to the Father at the beginning of the weekend visitations set forth in Paragraph 3, and the Father shall re-surrender N.M.D.'s Canadian passport to the Mother at the end of the weekend visitations set forth in Paragraph 3 above;

5.    The Father shall have contact with N.M.D. in Fenton, Michigan on August 10, 2018 beginning at 12:00 p.m. through August 12, 2018 until 5:00 p.m.;

6.    The Father shall have contact with I.N.D. in Fenton, Michigan on August 10, 2018 from 10:00 a.m. until 12:00 p.m. and on August 12, 2018 from 5:00 p.m. until 6:00 p.m.;

7.    The minor children's paternal grandmother, Yabeye Ndoye, may attend any of the visitations set forth in this Interim Order for Contact;

8.    The terms of this Interim Order for Contact shall be fully enforceable by this Court as well as by federal, local and state law enforcement officers;

9.    The Parties also agree that until completion of proceedings connected with the Verified Petition for Return of Children, they are submitted to the jurisdiction of the Court, which will have the ability to exercise all powers – including contempt – if they fail to abide by this Order;

10.    In the event either party fails to comply with the terms of this Interim Order for Contact, the United States Marshals Service, Michigan state and local law enforcement officers,

in collaboration as needed with the Royal Canadian Mounted Police, shall enforce the terms of this Interim Order for Contact.

**SO ORDERED, this 25th day of July, 2018.**

/s/ Victoria A. Roberts
Hon. Victoria A. Roberts
United States District Judge